UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/08
```

SIMILIANO MARTINEZ, BONIFACIO SANTIAGO, DONATO SANTIAGO, JAVIER SANTIAGO, MARGARITO CRUZ and MIGUEL GONZALEZ, and on behalf of others similarly situated,

      Plaintiffs,

-against-

E&C PAINTING, INC., GIANT TAPING AND PLASTERING, INC., ISIDRO VELASQUEZ, EMIGDIO VELASQUEZ, and RUFIANO VELASQUEZ,

      Defendants.

06 Civ. 05321 (RJH)

**ORDER**

On January 16, 2008, Magistrate Judge Dolinger issued a Report and Recommendation ("the Report") in this case recommending that defendants' motions to dismiss [40, 55] the claims of plaintiffs Margarito Cruz and Miguel Gonzalez be granted in part and denied in part. No objections have been filed. In the absence of objections, the Court reviews the Report for clear error. *See Edwards v. Fischer*, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006). Finding none, the Court adopts the Report and dismisses the claims of plaintiffs Margarito Cruz and Miguel Gonzalez without prejudice and without an award of costs against plaintiffs' counsel.

SO ORDERED.

Dated: New York, New York
February 21, 2008

*[signature]*

Richard J. Holwell
United States District Judge